**IN THE UNITED STATES DISTRICT COURT
FOR THE NROTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARMADA (SINGAPORE) PTE LIMITED, | ) | Case No. 10-CV-05509 |
| | ) | |
| Plaintiff, | ) | Judge: Elaine E. Bucklo |
| | ) | |
| v. | ) | Magistrate: Jeffrey Cole |
| | ) | |
| ASHAPURA MINECHEM LIMITED, | ) | |
| | ) | |
| Defendant, | ) | |

**ANSWERS TO INTERROGATORIES TO GARNISHEE**

NOW COMES Harris N.A., Garnishee of Process of Maritime Attachment, by and through its attorneys, Chapman and Cutler, LLP, and for its answers to interrogatories, states as follows:

1. State whether you have any goods, chattels, wire transfer proceeds, electronic funds transfers, cash, funds, credits and debits, assets in checking, savings, escrow or other accounts, charter hire, freights, demurrage, certificates of deposit, claims, contents of safety deposit boxes, credits, letters of credit, debts, proceeds from insurance policies, receivables, stocks, bonds or other securities, and all other funds, accounts, monies or property due or belonging to the Defendant, in your custody, possessions or control, and, if so, please also state;
    a. The nature and amounts or value of each debt or item;
    b. The location of each items; and
    c. The identity of the personnel in your organization familiar with each item.

ANSWER:    None

2. State whether you expect to acquire or receive at any time in the future any of the items identified in Interrogatory No. 1 , and, if so, please also state:
    a. The nature and amounts or value of each debts or item;
    b. The date you expect to acquire or receive each item; and
    c. The identity of the personnel in your organization familiar with each item.

ANSWER:    Harris does not expect to acquire or receive any such items.

3. State whether you are aware of any of the items identified in Interrogatory No. 1, being due to the Defendant, from any person, corporation or entity, and, if so, please also state:
    a. The nature and amounts or value of each debt or items; and
    b. The name and address of the person, corporation or entity having possession, custody and control of each item.

ANSWER: No.

4. State the relationship, if any, between You and the Defendant.

ANSWER: None. Defendant is not a customer of Harris.

5. If you contend that you have any grounds to offset any amount of the garnishment served upon you, please state those grounds fully, state the amount of your claimed offset, and list each document (by date, author, and location) which supports your claim for offset.

ANSWER: Not applicable.

**HARRIS N.A.**

By: /s/ Richard A. Wohlleber
One of Its Attorneys

Richard A. Wohlleber
Chapman and Cutler LLP
111 W. Monroe St.
Chicago, IL 606003
(312) 845-3835

**CERTIFICATE OF SERVICE**

The undersigned an attorney, hereby certifies that he caused a true and correct copy of the foregoing **ANSWERS TO INTERROGATORIES TO GARNISHEE** to be served upon:

Warren J. Marwedel
Dennis Minichello
Marwedel, Minichello & Reeb, P.C.
10 South Riverside
Suite 720
Chicago, Illinois  60606

by depositing same in the United States Mail, with proper postage prepaid, at 111 West Monore Street, Chicago, Illinois 60603 on September 23, 2010.

/s/ Richard A. Wohlleber