**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Armada (Singapore) PTE Limited
                                   Plaintiff,

v.                                             Case No.: 1:10−cv−05509
                                                          Honorable Elaine E. Bucklo

Ashapura Minechem Limited
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 23, 2010:

      MINUTE entry before Honorable Elaine E. Bucklo:On court's own motion, Status hearing set for 10/29/10 is reset for 9/28/2010 at 09:30 AM. at which time parties' request for entry of stipulation and order approving surety bond will be considered.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.