# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Armada (Singapore) PTE Limited
                         Plaintiff,

v.                                        Case No.: 1:10–cv–05509
                                              Honorable Elaine E. Bucklo

Ashapura Minechem Limited
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 28, 2010:

      MINUTE entry before Honorable Elaine E. Bucklo:Status hearing held on 10/28/2010. Status hearing set for 12/1/2010 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.